# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

FRED KENT AND FARAH KENT,                          Case No. 0:19-cv-60260-WPD

      Plaintiffs,

v.

CITIBANK, N.A.

      Defendant.

_____/

## JOINT NOTICE OF PENDING SETTLEMENT

Defendant Citibank, N.A. and plaintiffs Fred Kent and Farah Kent, by and through their undersigned counsel, hereby submit this Joint Notice of Pending Settlement and state that the parties have reached a settlement in principle of this action and are presently finalizing the settlement and dismissal documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CONSENT OF COUNSEL FOR DEFENDANT

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Defendant represents to the Court that counsel for Plaintiffs has authorized him to affix their electronic signature to this Joint Notice of Pending Settlement.

| | |
|---|---|
| /s/ Heather H. Jones<br>Heather H. Jones, Esq.<br>Florida Bar No. 0118974<br>William "Billy" Peerce Howard, Esq.<br>Florida Bar No. 0103330<br>THE CONSUMER PROTECTION FIRM, PLLC<br>4030 Henderson Boulevard<br>Tampa, Florida  33629<br>Telephone: (813) 500-1500, ext. 205<br>Facsimile: (813) 435-2369<br>Heather@TheConsumerProtectionFirm.com<br>Billy@TheConsumerProtectionFirm.com<br><br>*Attorney for Plaintiffs*<br>  *Fred Kent and Farah Kent* | /s/ Brian C. Frontino<br>Brian C. Frontino, Esq.<br>Florida Bar No. 95200<br>Alisa M. Taormina, Esq.<br>Florida Bar No. 70848<br>STROOCK & STROOCK & LAVAN LLP<br>200 South Biscayne Boulevard, Suite 3100<br>Miami, Florida 33131<br>Telephone:  (305) 358-9900<br>Facsimile:  (305) 789-9302<br>bfrontino@stroock.com<br>ataormina@stroock.com<br>lacalendar@stroock.com<br><br>*Attorneys for Defendant*<br>  *JPMorgan Chase Bank, N.A.* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's CM/ECF system on the following counsel of record on November 25, 2019:

> Heather H. Jones, Esq.
> William "Billy" Peerce Howard, Esq.
> The Consumer Protection Firm, PLLC
> 4030 Henderson Boulevard
> Tampa, FL  33629
> Telephone: (813) 500-1500, ext. 205
> Facsimile: (813) 435-2369
> Heather@TheConsumerProtectionFirm.com
> Billy@TheConsumerProtectionFirm.com
>
> Attorney for Plaintiffs
>   *Fred Kent and Farah Kent*

/s/ Brian C. Frontino
Brian C. Frontino