UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60260-CIV-DIMITROULEAS

FRED KENT AND FARAH KENT,

    Magistrate Judge Snow

    Plaintiffs,

vs.

CITIBANK, N.A.,

    Defendant.

_____/

## ORDER ON JOINT NOTICE OF PENDING SETTLEMENT

THIS CAUSE is before the Court on the Joint Notice of Pending Settlement [DE 53/54], filed on November 25, 2019. In light of the settlement of this case, it is **ORDERED AND ADJUDGED** as follows:

1. All pending Motions are hereby **DENIED AS MOOT;**

2. The parties shall file the appropriate dismissal papers[1] on or before **December 5, 2019**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of November, 2019.

*(signature)*
WILLIAM P. DIMITROULEAS
United States District Judge

---

[1] If the parties expect the Court to retain jurisdiction over a settlement agreement, the stipulation of dismissal must include language conditioning the stipulation on the Court retaining jurisdiction to enforce the settlement agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F. 3d 1272, 1280 (11th Cir. 2012).

Copies furnished to:
Magistrate Snow
Counsel of Record