UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FRED and FARAH KENT

    Plaintiff,

v.                                        CASE NO.: 0:19-cv-60260-WPD-LSS

CITIBANK, N.A.

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiffs, FRED KENT and FARAH KENT and the Defendant, CITIBANK, N.A., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, and hereby stipulate to dismiss, with prejudice, each claim asserted by Plaintiffs against the Defendant, in the above styled action, with the parties to bear their own attorney's fees and costs. The stipulation is conditioned upon the Court maintaining jurisdiction to enforce the settlement agreement.[1]

| | |
|---|---|
| */s/ Heather H. Jones* | */s/ Brian C. Frontino* |
| Heather H. Jones, Esq. | Brian C. Frontino, Esq. |
| Florida Bar No. 0118974 | Florida Bar No.: 95200 |
| William "Billy" Peerce Howard, Esq. | Alisa M. Taormina, Esq. |
| Florida Bar No. 0103330 | Florida Bar No. 70848 |
| THE CONSUMER PROTECTION FIRM, PLLC | STROOCK & STROOCK & LAVAN LLP |
| 4030 Henderson Blvd. | 200 South Biscayne Boulevard, Suite 3100 |
| Tampa, FL 33629 | Miami, FL 33131 |
| Telephone: (813) 500-1500, ext. 205 | Telephone: (305) 358-9900 |
| Facsimile: (813) 435-2369 | Facsimile: (305) 789-9302 |
| Heather@TheConsumerProtectionFirm.com | bfrontino@stroock.com |
| Billy@TheConsumerProtectionFirm.com | ataormina@stroock.com |
| *Attorney for Plaintiff* | lacalendar@stroock.com |
| | *Attorney for Defendant* |

---

[1] *Anago Franchising, Inc., v. Shaz, LLC, 677 F. 3D 1272, 1280 (11TH Cir. 2012)*

## **CERTIFICATE OF SERVICE**

  I certify that on December 5, 2019, a copy of the foregoing document was served on all counsel of record via CM/ECF.

               */s/ Heather H. Jones*
               Heather H. Jones, Esq.
               Florida Bar No. 0118974