UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60260-CIV-DIMITROULEAS

FRED KENT AND FARAH KENT,

    Magistrate Judge Snow

    Plaintiffs,

vs.

CITIBANK, N.A.,

    Defendant.

_____/

## ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice [DE 56] and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the Court having reviewed the Stipulation and being otherwise advised in the premises, it is therefore,

**ORDERED and ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 6th day of December, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

1

Copies to:
Counsel of record